UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WALTER JACKSON,

               Plaintiff,

-against-

BEACON CITY SCHOOL DISTRICT, et al.,

               Defendants.

**ORDER**

19-CV-08164 (PMH)

PHILIP M. HALPERN, United States District Judge:

    The Court construes Plaintiff's "Motion to Deny the Defendant's Motion to Dismiss" and declaration in support thereof as his opposition to Defendant's pending request for a pre-motion conference. (*See* Doc. 45; Doc. 46).

    The pre-motion conference requirement is waived. Defendant is granted leave to serve and file its motion for summary judgment in accordance with the following schedule: (1) Defendant's moving papers shall be served and filed on September 2, 2022; (2) Plaintiff's opposition papers shall be served and filed on October 7, 2022; and (3) Defendant's reply papers, if any, shall be served and filed on October 14, 2022.

    Although Plaintiff has consented to receive electronic service at lightside45@outlook.com, Defendant is directed to serve a copy of this Order on Plaintiff and file proof of service on the docket by 5:00 p.m. on July 20, 2022.

    The Clerk of the Court is respectfully directed to terminate the motion sequences pending at Doc. 42 and Doc. 45.

                                                 **SO ORDERED:**

Dated:   White Plains, New York
            July 19, 2022

                                                PHILIP M. HALPERN
                                                United States District Judge