**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WALTER L. JACKSON,

                    Plaintiff,

   -against-                                      19 **CIVIL** 8164 (PMH)

                                                            **JUDGMENT**

BEACON CITY SCHOOL DISTRICT,

                    Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated December 23, 2022, Defendant's motion for summary judgment is GRANTED and the Second Amended Complaint is dismissed; accordingly, the case is closed.

**Dated:**  New York, New York

      December 23, 2022

                                                             **RUBY J. KRAJICK**

                                                             _____
                                                                   **Clerk of Court**

                             **BY:**       *K. Mango*

                                                                     _____
                                                                   **Deputy Clerk**